**Susan N. MUKASA, Petitioner,**

v.

**Eric H. HOLDER, Jr.,* Attorney
General of the United States,
Respondent.**

No. 08–1875.

United States Court of Appeals,
First Circuit.

April 23, 2009.

William P. Joyce and Joyce & Associ-
ates, P.C. were on brief for appellant.

* Of the Ninth Circuit, sitting by designation.

* Pursuant to Fed. R.App. P. 43(c)(2), Attorney
General Eric H. Holder, Jr. has been substi-

tuted for former Attorney General Michael B.
Mukasey as respondent.

**4**

Anthony Wray Norwood, Trial Attorney, Office of Immigration Litigation, Gregory G. Katsas, Assistant Attorney General, and Terri J. Scadron, Assistant Director, Office of Immigration Litigation, U.S. Department of Justice, were on brief for appellee.

Before LYNCH, Chief Judge, FARRIS ** and HOWARD, Circuit Judges.

FARRIS, Circuit Judge.

Susan Mukasa, a native and citizen of Uganda, petitions for review of an order by the Board of Immigration Appeals denying her motion to reopen her removal proceedings. Mukasa entered the United States on December 25, 2000 using a false passport.

She applied for asylum, withholding of removal, and protection under the United Nations Convention Against Torture, all of

---

** Of the Ninth Circuit, sitting by designation.

which were denied. In moving to reopen, Mukasa asserted changed country conditions and offered additional evidence.

We review the Board's denial of a motion to reopen for abuse of discretion. *Guerrero–Santana v. Gonzales,* 499 F.3d 90, 92 (1st Cir.2007). Under this standard, the Board's decision will stand unless the petitioner can show that it rests on an error of law or that it is patently arbitrary. *Id.* at 93.

We have carefully reviewed the record along with Mukasa's new allegations. She fails to challenge the adverse credibility finding. Her motion to reopen does nothing to rehabilitate the finding that her testimony was not credible, nor does it present a distinct new claim.

**AFFIRMED.**